IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ELIZABETH KENNADAY,

       Plaintiff,

   v.

BILL CLINTON and HILLARY CLINTON; GEORGE and LAURA BUSH (JUNIOR); BARACK and MICHELLE OBAMA; MELINDA GATES,

       Defendants.

Case No. 6:14-cv-00054-AA

ORDER TO PROCEED IN FORMA PAUPERIS AND ORDER OF DISMISSAL

AIKEN, Chief Judge:

    Plaintiff moves to proceed in forma pauperis (doc. 1). An examination of plaintiff's affidavit reveals that she is unable to afford the costs of this action. Accordingly, IT IS ORDERED that the provisional *in forma pauperis* status given the plaintiff is confirmed. This action may go forward without the payment of fee or costs.

    However, plaintiff's complaint fails to state a cognizable claim. Plaintiff alleges that in 1996 and 2005 "foreigners invaded"

1   - ORDER

and that Bill Clinton and George and Laura Bush allowed the "foreigners" to gang rape plaintiff and infect her with AIDS; plaintiff also alleges that Melinda Gates ordered the gang rapes. Plaintiff also alleges that in 2008 she was sent to a mental hospital by people hired by Bill Gates, and that Melinda Gates ordered plaintiff to commit a crime and tortured plaintiff for that crime. Finally, plaintiff alleges that in 2013, Barack and Michelle Obama "were slid into" plaintiff's room and perhaps gave plaintiff leprosy, and that Melinda Gates raped and tortured plaintiff's fiancé.

A district court may "dismiss an in forma pauperis action as frivolous before service of process when the complaint recites bare legal conclusions with no suggestion of supporting facts, or postulating events and circumstances of a wholly fanciful kind." In re Thomas, 508 F.3d 1225, 1227 (9th Cir. 2007) (internal quotation marks and citation omitted). Here, plaintiff's allegations are of a "wholly fanciful kind," and the deficiencies in her complaint cannot be cured by amendment.

Accordingly, this action is DISMISSED with prejudice.
IT IS SO ORDERED.

Dated this 23RD day of January, 2014.

Ann Aiken
United States District Judge

2    - ORDER